IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NINA CHILDRESS,** | : | |
| | : | |
| **Plaintiff,** | : | **CIVIL ACTION NO.:** |
| | : | |
| v. | : | |
| | : | |
| **CAROLYN COLVIN,** | : | **2:13-CV-1959-CDJ** |
| | : | |
| **Defendant.** | : | |

## ORDER

**AND NOW**, this 28th day of February, 2014, it is hereby **ORDERED** that defendant's Motion to Dismiss or, Alternatively, for Summary Judgment (Doc. No. 14), is **DENIED IN ITS ENTIRETY**.

                                                            BY THE COURT:

                                                            <u>C. Darnell Jones, II   J.</u>
                                                            C. DARNELL JONES, II   J.